# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3796

_____

Louis Williams,

       Appellant,

v.

United States of America,

       Appellee.

\*
\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*     [UNPUBLISHED]

_____

Submitted: December 7, 2000
Filed: December 20, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Louis Williams appeals the district court's[1] denial of his 28 U.S.C. § 144 motion. Having carefully reviewed the record, we conclude that the judge was not required to recuse himself, and we therefore affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.